No. 76–1750. STUMP ET AL. v. SPARKMAN ET VIR. C. A. 7th Cir. [Certiorari granted, ante, p. 815.] Motions of American Coalition of Citizens with Disabilities et al., American Civil Liberties Union et al., and National Center for Law and the Handicapped, Inc., for leave to file briefs as amici curiae granted. Motion of petitioners for divided argument denied.

No. 77–25. FLAGG BROS., INC., ET AL. v. BROOKS ET AL.;
No. 77–37. LEFKOWITZ, ATTORNEY GENERAL OF NEW YORK v. BROOKS ET AL.; and
No. 77–42. AMERICAN WAREHOUSEMEN'S ASSN. ET AL. v. BROOKS ET AL. C. A. 2d Cir. [Certiorari granted, ante, p. 817.] Motions of New York State Consumer Protection Board and Legal Aid Society of New York City for leave to file briefs as amici curiae granted.

No. 77–653. SWISHER, STATE'S ATTORNEY FOR BALTIMORE CITY, ET AL. v. BRADY ET AL. D. C. Md. [Probable jurisdiction noted, ante, p. 963.] Motion of appellees for appointment of counsel granted, and it is ordered that Peter S. Smith, Esquire, of Baltimore, Md., be appointed to serve as counsel in this case.

No. 77–5582. RANDALL v. UNITED STATES. C. A. D. C. Cir. Motion of petitioner to consolidate with No. 76–1596, United States v. Mauro [certiorari granted, ante, p. 816], denied.

No. 77–615. KEYES ET UX. v. DISTRICT OF COLUMBIA COURT OF APPEALS ET AL.;
No. 77–5516. BEACHEM v. UNITED STATES ET AL.;
No. 77–5677. CORLEY v. JOHNSON, JUDGE; and
No. 77–5703. STACY v. KARL, ASSOCIATE JUSTICE, SUPREME COURT OF FLORIDA. Motions for leave to file petitions for writs of mandamus denied.